1  DEBORAH YOON JONES (SBN 178127)
   E-mail: debbie.jones@alston.com
2  GILLIAN H. CLOW (SBN 298966)
   E-mail: gillian.clow@alston.com
3  **ALSTON & BIRD LLP**
   350 S. Grand Ave., Suite 5100
4  Los Angeles, CA  90071
   Telephone:  +1 213 576 1000
5  Facsimile:   +1 213 576 1100

6  DERIN B. DICKERSON (*Pro Hac Vice* Forthcoming)
   E-mail:  derin.dickerson@alston.com
7  TAYLOR LIN (*Pro Hac Vice* Forthcoming)
   E-mail:  taylor.lin@alston.com
8  **ALSTON & BIRD LLP**
   One Atlantic Center
9  1201 West Peachtree Street, Suite 4900
   Atlanta, GA 30309-3424
10 Telephone:  +1 404 881 7000
   Facsimile:   +1 404 881 7777

11

12 Attorneys for Defendant
   **BA SPORTS NUTRITION, LLC**
13

14
               **UNITED STATES DISTRICT COURT**
15
              **CENTRAL DISTRICT OF CALIFORNIA**
16

17 UNIX PACKAGING, LLC and           | Case No.:
   WESTERN GROUP PACKAGING, LLC,     |
18                                   | (Removed from Los Angeles Superior
              Plaintiffs,            | Court Case No. 24STCV03219)
19                                   |
        v.                           | **APPENDIX OF STATE COURT**
20                                   | **PLEADINGS AND PAPERS**
   BA SPORTS NUTRITION, LLC,         |
21                                   | [Filed concurrently with Notice of
              Defendant.             | Removal; Declaration of Gillian H.
22                                   | Clow; Civil Cover Sheet; and Certificate
                                     | of Service]
23
                                     |
24                                   | Filing Date:  February 7, 2024
25

26

27

28

Defendant BA Sports Nutrition, LLC ("BASN") hereby submits copies of the following state court pleadings and papers with which it has been served. BASN also includes copies of all documents available for download from the state court docket at the time of removal, despite having not been served with them.

| | |
|---|---|
| Exhibit 1: | Docket for Los Angeles County Superior Court Case No. 24STCV03219 |
| Exhibit 2: | Summons |
| Exhibit 3: | Complaint |
| Exhibit 4: | Civil Cover Sheet |
| Exhibit 5: | Notice of Case Assignment - Unlimited Civil Case |
| Exhibit 6: | Alternative Dispute Resolution Packet |
| Exhibit 7: | Challenge to Judicial Officer filed by Plaintiff |
| Exhibit 8: | Minute Order Re Plaintiffs' Peremptory Challenge |
| Exhibit 9: | Notice of Case Reassignment |
| Exhibit 10: | Certificate of Mailing for Minute Order |
| Exhibit 11: | Notice of Case Management Conference |
| Exhibit 12: | Order to Show Cause Re Failure to File Proof of Service |
| Exhibit 13: | Proof of Personal Service |

DATED: May 2, 2024

DEBORAH YOON JONES
GILLIAN H. CLOW
**ALSTON & BIRD LLP**

*/s/ Gillian H. Clow*
Gillian H. Clow
Attorneys for Defendant
**BA SPORTS NUTRITION, LLC**