JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIX PACKAGING, LLC and WESTERN GROUP PACKAGING, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>BA SPORTS NUTRITION, LLC,<br><br>    Defendant. | Case No. 2:24-cv-03633<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT**<br><br>*Assigned to: Hon. Stephen V. Wilson*<br><br>*Complaint Filed: February 7, 2024* |

On May 29, 2024, the Parties to the above-referenced Action filed a Stipulation to Remand Case to State Court ("Stipulation"). The Court having reviewed the Stipulation and for good cause shown, hereby **ORDERS** as follows:

1. The Stipulation is approved; and
2. The Action is **REMANDED** to the Los Angeles Superior Court.

**IT IS SO ORDERED.**

Dated: May 31, 2024

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE